STATE v. HYDER

No. 186P92

Case below: 106 N.C.App. 230

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992.

STATE v. MARTIN

No. 70P92

Case below: 105 N.C.App. 182

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 June 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992.

STATE v. QUARG

No. 164PA92

Case below: 106 N.C.App. 106

Petition by Attorney General for writ of supersedeas allowed 24 June 1992. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 24 June 1992.

STATE v. RICHARDSON

No. 196P92

Case below: 106 N.C.App. 393

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 June 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992.

STATE v. RIDDLE

No. 191P92

Case below: 106 N.C.App. 230

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992.